WARREN *v.* WINTERSTEIN.

ATTACHMENT—COPARTNERS—VALIDITY OF WRIT.

A judgment against partners in an attachment suit will not be vacated, and the writ of attachment quashed, at the instance of one of the defendants, against whom the writ was good, on the ground that it was erroneously issued against the other defendants.

Error to Sanilac; Beach, J. Submitted October 14, 1897. Decided October 25, 1897.

Attachment proceedings by Joseph Warren against

Warren Winterstein and others. From a judgment for plaintiff, defendant Winterstein brings error. Affirmed.

*Gates & Morris*, for appellant.

*F. E. Burton*, for appellee.

PER CURIAM. This suit was commenced by attachment against the defendants as copartners. The affidavit alleged the partnership, and, as a basis for the attachment, alleged certain fraudulent acts against defendant Winterstein. The writ of attachment was issued, commanding the sheriff to seize under it any property of the defendants. What, if anything, was done under the attachment, does not appear. All the defendants were duly summoned. Judgment was taken against Winterstein by default, and against the other defendants by consent in open court. After the judgment, Winterstein made a motion to quash the writ and to vacate the judgment, because the attachment was erroneously issued against his co-defendants, and did not comply with section 8015, 2 How. Stat. The sufficient reply to this is that the writ was good as to Winterstein. His copartners were the only ones injured, and the only ones who could take advantage of the error.

Judgment affirmed.